# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Western Division

Karina Silva

                        Plaintiff,

v.                                            Case No.: 3:18−cv−50278

                                          Honorable Rebecca R. Pallmeyer

Healthcare Revenue Recovery Group, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 4, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer:Pursuant to Agreed Stipulation, the above cause is dismissed without prejudice, to become with prejudice on 7/9/2019. Status hearing set for 6/10/2019 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.